Lewis Anten, Esq., State Bar No. 56459
Ivy Choderker, Esq., State Bar No., 210612
E-mail:  lewisanten@mindspring.com
LEWIS ANTEN, P.C.
16830 Ventura Boulevard, Suite 236
Encino, California 91436
Tel:  (818) 501-3535
Fax: (818) 501-4138

Attorneys for Plaintiff
Gary J. Alter, M.D., A  Medical Corp.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY J. ALTER, M.D., A MEDICAL CORPORATION, a California corporation,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>PHALLOCARE, INC., a California corporation; DAN SALAS, an individual; BRIAN J. EICHENBERG, M.D., an individual; and DOES 1 through 10 inclusive,<br>　　　　　　　Defendants. | CASE NO.:  CV-07-5459-R (JWJx)<br><br>[~~PROPOSED~~] ORDER RE: EX PARTE APPLICATION OF PLAINTIFF GARY J. ALTER, M.D., A MEDICAL CORPORATION FOR AN ORDER TO CONTINUE THE HEARING ON DEFAULT JUDGMENT PROVE-UP<br>　　　[Local Rule 7-19, FRCP 6(b)]<br><br>Date:  June 30, 2008<br>Time:  11:00 a.m.<br>Place: Crtrm 8, Spring Street Bldg. |

After considering the papers and pleadings submitted by the parties in connection with Plaintiff Gary J. Alter, M.D., A Medical Corporation's Ex Parte Application for an Order Continuing the Hearing On Default Judgment Prove-Up from June 30, 2008, at 11:00 a.m., for approximately two (2) months, to September 8, 2008, at 11:00 a.m.

1

IT IS HEREBY ORDERED that:

The Court grants Plaintiff Gary J. Alter, M.D., A Medical Corporation's <u>Ex</u> <u>Parte</u> Application for an Order Continuing the Hearing On Default Judgment Prove-Up from June 30, 2008, at 11:00 a.m., for approximately two (2) months, to September 8, 2008, at 11:00 a.m.

IT IS SO ORDERED.

Dated: June 26, 2008_    _____
                          Manuel L. Real
                          U.S. District Court Judge

Respectfully submitted,

LEWIS ANTEN, A PROFESSIONAL
     CORPORATION


Dated:  June 25, 2008              /Ivy Choderker/_____
                                   LEWIS ANTEN
                                   IVY CHODERKER
                                   Attorneys for Gary J. Alter, M.D., A
                                   Medical Corporation